■ GLADSTEIN & ISAAC et al., Respondents, v PHILADELPHIA INDEMNITY INSURANCE COMPANY, Appellant. [918 NYS2d 92]—

The court properly determined that the allegations in the underlying complaint that plaintiffs' law firm negligently hired and supervised an attorney who purportedly made sexual advances to a client, fall within the type of errors and omissions coverage provided by defendant's professional liability insurance policy (*see Watkins Glen Cent. School Dist. v National Union Fire Ins. Co. of Pittsburgh, Pa.*, 286 AD2d 48 [2001]).

While the allegations may not fall under the policy definition of "Personal Injury," the court properly determined that they fall within the policy's definition of "Wrongful Act." Concur—

Tom, J.P., Sweeny, Renwick, Freedman and Manzanet-Daniels, JJ. 